UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | : | No. **1:13CR 53** |
| v. | : | Judge *Weber* |
| MICHAEL BARTLETT,<br>*Defendant.* | : | |

## **INFORMATION**

The United States Attorney charges:

That on or about January 17, 2012, in the Southern District of Ohio, the defendant, MICHAEL BARTLETT, made and presented to the Internal Revenue Service, an agency of the United States Department of the Treasury, a claim against the United States for payment of a refund of taxes in the amount of $198,229, which he then and there knew to be false, fictitious, and fraudulent. BARTLETT made the claim by preparing and causing to be prepared, and presenting and causing to be presented to said agency, a U.S. Individual Income Tax Return, Form 1040 for the year 2011, which requested a refund to which the defendant knew he was not entitled.

In violation of 18 U.S.C. § 287.

CARTER M. STEWART
United States Attorney

BRENDA S. SHOEMAKER
Financial Crimes Chief
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215